No. 641. LOUIS A. DARNAL, PETITIONER, v. THE UNITED STATES. May 8, 1905. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. Mr. W. M. Smith for petitioner. No brief filed for respondent.

---

No. 639. STEPHEN A. RALLI ET AL., PETITIONERS, v. THE DIRECT NAVIGATION COMPANY; and No. 640. P. C. HEINEKEN ET AL., PETITIONERS, v. THE DIRECT NAVIGATION COMPANY. May 15, 1905. Petitions for writs of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. Mr. John F. Lewis, Mr. Francis S. Laws and Mr. James B. Stubbs for petitioners. Mr. M. F. Mott for respondent.

---

No. 651. BENJAMIN F. McCAULLY, PETITIONER, v. THE UNITED STATES. May 15, 1905. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. Mr. Arthur A. Birney and Mr. Henry F. Woodard for petitioner. The Attorney General and The Solicitor General for respondent.

---

No. 638. FRANCIS H. DUEHAY, PETITIONER, v. THE DISTRICT OF COLUMBIA. May 29, 1905. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. (Mr. Justice Brewer took no part in the consideration and disposition of this application.) Mr. Samuel Maddox for petitioner. Mr. A. B. Duvall and Mr. F. H. Stephens for respondent.